NEW YORK AND GREENWOOD LAKE RAILROAD COMPANY, PLAINTIFF IN ERROR, v. THE STATE, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Cortlandt Parker*.

For the defendant in error, *Wm. S. Gummere*.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.